NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GILBERT P. HYATT,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES PATENT AND TRADEMARK OFFICE, ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**

*Defendants-Appellees*

---

2021-1708

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:18-cv-00546-TSE-MSN, Judge T. S. Ellis, III.

---

**JUDGMENT**

---

ANDREW M. GROSSMAN, Baker & Hostetler LLP, Washington, DC, argued for plaintiff-appellant.  Also represented by MARK W. DELAQUIL.

PETER JOHN SAWERT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for defendants-appellees. Also represented by JESSICA ABER, THOMAS W. KRAUSE, ROBERT J. MCMANUS, RAJ PAREKH, MICHAEL TYLER.

––––––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 3, 2021          /s/ Peter R. Marksteiner
        Date                    Peter R. Marksteiner
                                Clerk of Court